MEYER ROSENSTOCK et al., Appellants, *v.* THE CITY OF NEW YORK, Respondent.

*Rosenstock* v. *City of New York*, 97 App. Div. 337, affirmed.
(Argued April 10, 1905; decided April 25, 1905.)

APPEAL, by permission, from a judgment entered January 24, 1905, upon an order of the Appellate Division of the

Supreme Court in the second judicial department, which affirmed a judgment of the Municipal Court of the city of New York sustaining a demurrer to the complaint.

The following questions were certified:

"(1) Does the complaint herein state facts sufficient to constitute a cause of action?

"(2) Is the salary of a police officer of the city of New York subject to the provisions of section 1391 of the Code of Civil Procedure, as amended by chapter 461 of the Laws of 1903, in so far as said section as so amended permits the issuance and levy of an execution against the salary and wages of a judgment debtor upon a judgment recovered against such police officer wholly for necessaries sold?"

*Edward Lazansky, Emanuel S. Cahn* and *Joseph J. Corn* for appellants.

*John J. Delany, Corporation Counsel (James D. Bell* of counsel), for respondent.

Judgment affirmed, with costs, on opinion below. Questions certified answered in the negative.

Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, VANN and WERNER, JJ. Not voting: HAIGHT, J. Absent: GRAY, J.